UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LIBERTAS FUNDING, LLC,

Plaintiff,

v.

5:24-CV-1199
(GTS/ML)

SDLA COURIER SERVICE, INC.; and
JAMES ELMER GOODMAN, JR.,

Defendants.

---

| APPEARANCES: | OF COUNSEL: |
| --- | --- |
| STEVEN W. WELLS<br>Counsel for the Plaintiff<br>229 Warner Road<br>Lancaster, New York 14086 | STEVEN W. WELLS, ESQ. |
| RWJ ESQ, PLLC<br>Counsel for the Defendants<br>120 East Washington Street, Suite 525<br>Syracuse, New York 13202 | RONNIE WHITE, JR., ESQ. |

MIROSLAV LOVRIC, United States Magistrate Judge

**ORDER**

In accordance with and pursuant to the authority conferred under 28 U.S.C. § 636(b), the Clerk of the Court has sent to me a complaint filed by Libertas Funding, LLC ("Plaintiff"). (Dkt. Nos. 1, 2.)

The Complaint asserts various state claims related to the alleged breakdown of a business relationship between the parties. (*See generally* Dkt. No. 2.) Defendants SDLA Courier Service, Inc. and James Elmer Goodman, Jr. (collectively "Defendants") removed this

action from the Supreme Court of the State of New York, County of Monroe, to this Court pursuant to 28 U.S.C. § 1441(b). (Dkt. No. 1 at 1.)

"This Court may *sua sponte* transfer an action in the interest of justice and for the convenience of the parties and witnesses, pursuant to 28 U.S.C. § 1404(a)." *Taite v. Colgate Univ.*, 12-CV-3435, 2012 WL 9334547, at *1 (E.D.N.Y. July 11, 2012). Here, there is "no nexus" between the facts of this case and the Northern District of New York and "[P]laintiff has not alleged any nexus of any party to this judicial district." *Taite*, 2012 WL 9334547, at *1. Given that this action "might have been brought" in the Western District, transfer to that District is appropriate in this case for the convenience of the parties and witnesses. *Id.*; *Abreu v. Brown*, 14-CV-6599, 2018 WL 565280, at *11 (W.D.N.Y. Jan. 22, 2018) (transferring claims when "[t]he witnesses and the required documents will be found in the Southern District."); *Praileau v. United States*, 16-CV-7882, 2017 WL 4350585, at *2 (S.D.N.Y. July 19, 2017) (transferring claims where "the witnesses, relevant documents, and other sources of proof will be located primarily in" the Northern District of New York). Moreover, Defendants concede that venue is proper in the Western District of New York. (Dkt. No. 7.)

**ACCORDINGLY**, it is

**ORDERED** that the Clerk of the Court transfer this matter to the United States District Court for the Western District of New York pursuant to Local Rule 3.7 of the Northern District of New York; and it is further

**ORDERED** that the Clerk of this Court advise the clerk of the Western District of New York of the entry of this order and provide all information necessary for the clerk of the Western District of New York to electronically access the documents filed in this action. The Court hereby waives the fourteen (14) day waiting period provided for in Local Rule 3.7; and it

is further

**ORDERED** that the Clerk serve a copy of this order upon the parties in accordance with this Court's local rules.

Miroslav Lovric

U.S. Magistrate Judge
Miroslav Lovric

Dated: October 29, 2024
Binghamton, New York